■ EDGAR MOCK, Appellant, v SPIVEY COMPANY, INC., et al., Respondents, et al., Defendants.—Order, Supreme Court, New York County (Beverly S. Cohen, J.), entered January 22, 1990, which, *inter alia,* granted defendant's motion to dismiss the complaint, unanimously affirmed, with costs.

Plaintiff was allegedly injured while working on a conveyor belt at a New York United Parcel Service facility on March 19, 1987. More than a year later, he sued, *inter alia,* Spivey Company, Inc., a Pennsylvania corporation, asserting causes of action in negligence, breach of warranty and strict products liability. Spivey Company, Inc. was dissolved pursuant to a Pennsylvania Department of State certificate on March 18, 1985. Supreme Court dismissed the action against defendant based upon the provisions of Pennsylvania law (Pa Cons Stat Annot § 2111 [A]), permitting suit against a dissolved corporation only within two years of such dissolution. The same statutory provision has previously been held to be a substan-

tive limitation upon a plaintiff's right to sue, entitled to extraterritorial application by the New York court *(Bayer v Sarot,* 51 AD2d 366, *affd on opn below* 41 NY2d 1070). Concur —Kupferman, J. P., Carro, Ellerin, Wallach and Smith, JJ.